# **<u>EXHIBIT 1</u>**

JAN-03-2011 10:28 From:                              To:918663598653          P.1/2

Wells Fargo Funding, Inc.
3601 Minnesota Drive - Suite 200
Bloomington, Minnesota 55435

**WELLS FARGO**

# Loan Purchase Agreement

This Loan Purchase Agreement, dated __July 22, 2004_____ between Wells Fargo Funding, Inc., a California corporation ("Wells Fargo") and _Gateway Mortgage Group, LLC_____ a _Oklahoma_____ corporation (the "Seller"), in consideration of the promises set forth in this Loan Purchase Agreement and for other good and valuable consideration, sets forth the terms and conditions upon which the Seller agrees to sell to Wells Fargo and Wells Fargo agrees to purchase from the Seller residential Mortgage Loans.

## 1. The Seller Guide.

The Seller has received and reviewed Wells Fargo's **Wells Fargo Funding Seller Guide** (as it may be amended from time to time, the "Seller Guide"). The parties agree that the Seller Guide along with this Loan Purchase Agreement and any Amendments to this Agreement constitute the complete agreement between the parties as to the sale by the Seller to Wells Fargo and purchase by Wells Fargo from the Seller of residential Mortgage Loans. Any capitalized term used in this Loan Purchase Agreement that is not otherwise defined shall have the meaning set forth in the Seller Guide. Wells Fargo may amend the Seller Guide from time to time upon written notice to the Seller. In the event of any express conflict between the provisions of this Agreement and the provisions of the Seller Guide, the provisions of this Agreement shall control.

## 2. Commitments

The Seller may order Commitments from Wells Fargo in accordance with the Seller Guide for Eligible Mortgage Loans, as Eligible Loan is defined below, which the Seller intends to sell to Wells Fargo. When the Commitment is registered, Wells Fargo will send the Seller a written Commitment Confirmation as set forth in the Seller Guide. Nothing in this Agreement or the Seller Guide requires Wells Fargo to purchase any Loan from the Seller or for Seller to sell any Loan to Wells Fargo.

## 3. Eligible Mortgage loans

Eligible Mortgage Loans are Mortgage Loans which satisfy all of the requirements contained in the Seller Guide and the product profile for the particular Eligible Mortgage Loan shown on the Commitment.

## 4. Purchase Price

The Purchase Price for each Eligible Mortgage Loan sold by the Seller to Wells Fargo shall be determined as set forth in the Seller Guide. The Purchase Price will be shown on the Commitment Confirmation relating to the Eligible Mortgage Loan. Wells Fargo agrees to guarantee the Purchase Price for the Eligible Mortgage Loan for the time period shown on the Commitment Confirmation and the Seller agrees to close the Eligible Mortgage Loan and deliver it to Wells Fargo within the time period.

## 5. Penalties and Fees

In the event the Seller does not comply with the loan delivery procedures contained in the Seller Guide, the Seller shall pay Wells Fargo the applicable late delivery, late correction or buyout penalties or fees as provided for in the Seller Guide. The Seller grants Wells Fargo the right of set-off and Wells Fargo may deduct any fees, penalties or other sums owed to Wells Fargo by the Seller under the terms of this Loan Purchase Agreement from the Purchase Price for Eligible Mortgage Loans being purchased by Wells Fargo from the Seller pursuant to this Loan Purchase Agreement.

## 6. Representations and Warranties

The Seller hereby makes all representations, warranties and covenants set forth in the Seller Guide as such are amended from time to time.

Revised 03/16/2000

09/19/2011  3:12PM (GMT-05:00)

## 7. Specific Performance

*The Seller recognizes that Wells Fargo intends to rely on its commitments from the Seller and will without notice to the Seller, make binding commitments in reliance thereon and that actual delivery of the Mortgage Loans under each Commitment is the essence of this Loan Purchase Agreement and is mandatory within the delivery period as set forth in the Seller Guide.  The Seller acknowledges and agrees that Wells Fargo shall be entitled, therefore, in addition to the remedies set forth in the Seller Guide, to specific performance if the Seller fails to perform any of the Seller's commitments since money damages may not adequately compensate Wells Fargo for its losses and Wells Fargo may be unable to effect cover in order to satisfy its commitments with third parties.  Upon the Seller's insolvency, repudiation or failure in Wells Fargo's sole judgment to perform its obligations, Wells Fargo may proceed immediately by its own acts, order or seizure, or such other remedy as may be available at law or equity to take possession of all documents relating to a loan belonging to the Seller which could qualify for sale to Wells Fargo pursuant to the Seller's commitments.*

## 8. Notices

*All notices to be given under this Agreement shall be mailed first class to the party's principal place of business to the attention of the person designated below or to such other person as a party may designate in writing to the other party.*

    *a.  Send notices to the Seller to the attention of:*  Greg Simpson

    *b.  Send notices to Wells Fargo to the attention of:* _____

**IN WITNESS WHEREOF** *the parties hereto have entered into this Loan Purchase Agreement as of the date first set forth above.*

*Agreed to and Accepted by:*

Gateway Mortgage Group, LLC
(Seller)

By: _____
(Signature of Officer)

J. Kevin Stitt, President
(Printed Name and Title of Officer)

July 22, 2014
(Date)

*Agreed to and Accepted by:*

**Wells Fargo Funding, Inc.**

By: _____
(Signature of Officer)

Michael E. Wade, Senior Vice President
(Printed Name and Title of Officer)

8/3/04
(Date)

# **<u>EXHIBIT 2</u>**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19489
SPRINGFIELD, IL  62794-9489

PAGE:  1
FUNDING DATE:  6/19/07

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
                6910 E. 14TH ST.
                TULSA, OK 74112
                ATTN:  KACIE MCKNIGHT

| WFFI LN NUMBER SELLERS NUMBER | BORROWER NAME | | | | | | | | | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|

**REDACTED**

|  | | TYPE PROD | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | CONV FIX30 | 7.250 | 360 | 36,000.00 | 12- | 7/01/07 | 8/01/07 | 6/01/07 | 349-0 |

| 8315 | 0871 | | | SRP | PERCENT | AMOUNT | | MISC AMOUNT | | FEE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2349 | PRICE | PERCENT | AMOUNT | | | | | | | |
| PURCHASE UPB | | 100.000000 | 36,000.00 | +BASE SRP | 1.98000 | 712.80 | -INTEREST DUE WFFI | 87.00 | -FLOOD - LOL | 19.00 |
| +PREMIUM | | 1.748000 | 629.28 | +GEOGRAPHIC ADJ | .24000 | 86.40 | -ESCROW BALANCE | 256.25 | -PROCESSING | 125.00 |
| | | | | | | | | | -TAX SERVICE | 70.00 |
| NET PRICE | | 101.748000 | 36,629.28 | +NET SRP | 2.22000 | 799.20 | -MISC | 343.25 | -FEES | 214.00 |
| | | | | | | | | | =NET FUNDS | 36,871.23 |

COMPANY  3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:     OKLAHOMA CITY          OK
ABA NUMBER:       103003616
CREDIT TO:        SPIRIT BANK ABA#11037
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:  W

# **EXHIBIT 3**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19688
SPRINGFIELD, IL  62794-9488

PAGE:  1
FUNDING DATE:  3/27/08

SELLER:  3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:  MELINDA MARLOW

REDACTED

| WFPI LN NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM | MARI | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFPI | MIN NUMBER |
| SELLERS NUMBER | | | | | | | | | | | | |

| 6117 | 8813 | | CONV FIX30 | 7.000 | 360 | 130,000.00 | <- | 4/01/08 | 5/01/08 | 5/01/08 | 353-7 |
| 7353 | | | | | | | | | | | |

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | | MISC | AMOUNT | | FEE | AMOUNT |
| PURCHASE UPB | 100.000000 | 130,000.00 | +BASE SRP | 1.55000 | 2,015.00 | -INTEREST DUE WFPI | | 101.11 | -FLOOD - LOI, | 19.00 |
| +PREMIUM | 2.593750 | 3,371.88 | +GEOGRAPHIC ADJ | .16000 | 208.00 | -ESCROW BALANCE | | 1,288.14 | -PROCESSING | 125.00 |
| +BUYUP | .231600 | 301.08 | -MANDATORY ADJ | .81250 | 1,056.25 | | | | -TAX REMIT | 10.00 |
| | | | | | | | | | -TAX SERVICE | 80.00 |

| NET PRICE | 102.825350 | 133,672.96 | +NET SRP | .89750 | 1,166.75 | -MISC | | 1,389.25 | =NET FUNDS | -FEES | 234.00 |
| | | | | | | | | | | 133,216.46 |

REDACTED

COMPANY  3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:     OKLAHOMA CITY           OK
ABA NUMBER:       103003616
CREDIT TO:        SPIRIT BANK ABA#1\1037
ACCOUNT#:
SPECIAL INSTR.:

BUSINESS TYPE:  K

# **<u>EXHIBIT 4</u>**

LOAN PURCHASE SCHEDULE
WELLS FARGO FUNDING, INC.
P. O. BOX 19468
SPRINGFIELD, IL 62794-9468

PAGE: 2
FUNDING DATE: 7/01/08

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

| WFPI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | | | | | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST LOAN DUE WFPI | 1ST PMT DUE WFPI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 7386 | 9996 | | TYPE PROD ARM MARG | RATE | TERM | ORIG LOAN AMT | INT DAYS | 7/01/08 | 8/01/08 | 8/01/08 | 8/01/08 | 3231-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

CONV FIX30   7.250   360   123,500.00

REDACTED

| PRICE | PERCENT | AMOUNT | | SRP PERCENT | AMOUNT | | MISC AMOUNT | FEE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 123,500.00 | +BASE SRP | 1.60000 | 1,976.00 | -ESCROW BALANCE | 1,025.92 | -PROCESSING | 125.00 |
| +PREMIUM | 2.375000 | 2,933.13 | +GEOGRAPHIC ADJ | .16000 | 197.60 | | | -TAX SERVICE | 80.00 |
| -BUYDOWN | .553800 | 683.94 | -MANDATORY ADJ | .78125 | 964.84 | | | |
| | | | | | | | | |
| NET PRICE | 101.821200 | 125,749.19 | +NET SRP | .97875 | 1,208.76 | -MISC | 1,025.92 | -FEES | 205.00 |
| | | | | | | | +NET FUNDS | 125,727.03 |

COMPANY 3133
FUNDS WIRED TO: FEDERAL HOME LOAN BANK
CITY & STATE: DALLAS   TX
ABA NUMBER: 111040195
CREDIT TO: SOUTHWEST SECURITIES FSB
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE: W

# **<u>EXHIBIT 5</u>**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 4/07/08

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

REDACTED

| WFF1 LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD ARM MARG | RATE TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFSI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 2336 | 1109 | | CONV FI230 | 7.500 360 | 142,405.00 | 6 | 4/01/08 | 5/01/08 | 5/01/08 | 949-2 |

| 7949 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRICE | PERCENT | AMOUNT | | SRP PERCENT | AMOUNT | | MISC AMOUNT | FEES AMOUNT |
| PURCHASE UPB | 100.000000 | 142,405.00 | +BASE SRP | 1.55000 | 2,207.28 | +INTEREST DUE SELLER | 178.01 | -FLOOD - LOL 19.00 |
| +PREMIUM | 2.156250 | 3,070.61 | +GEOGRAPHIC ADJ | .27000 | 384.49 | -ESCROW BALANCE | 368.85 | -PROCESSING 125.00 |
| +BUYUP | .195600 | 278.54 | -MANDATORY ADJ | .78125 | 1,112.54 | | | -TAX RENT 10.00 |
| | | | | | | | | -TAX SERVICE 70.00 |
| NET PRICE | 102.351850 | 145,754.15 | +NET SRP | 1.03875 | 1,479.23 | -MISC | 190.84 | -FEES 224.00 |
| | | | | | | | | -NET FUNDS 146,818.54 |

COMPANY: 3133
FUNDS WIRED TO: BANKERS BANK
CITY & STATE: OKLAHOMA CITY                OK
ABA NUMBER: 103003616
CREDIT TO: SPIRIT BANK ABA#11037
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE: K

# **EXHIBIT 6**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

PAGE:        1
FUNDING DATE:  5/16/08

SELLER:  3133   GATEWAY MORTGAGE GROUP, LLC
                6910 E. 14TH ST.
                TULSA, OK 74112
                ATTN: MELINDA MARLOW

| WFF1 LN NUMBER | COMMIT | | | TYPE | RATE | | | | INT | PAID THRU | 1ST LOAN | 1ST LOAN | 1ST PMT | MIN NUMBER |
| SELLERS NUMBER | NUMBER | BORROWER NAME | | PROD | ARM MRGN | TERM | ORIG LOAN AMT | | DAYS | DATE | PMT DUE | DUE WFF1 | |

9565     4185

7367   PRICE   PERCENT   AMOUNT              SRP   PERCENT   AMOUNT                              MISC AMOUNT

CONW   6.750  360   264,000.00   15   5/01/08   6/01/08   6/01/08          367-7
FIX30

                                          FEE AMOUNT

PURCHASE UPB   100.000000   264,000.00   +BASE SRP       1.58000   4,171.20   +INTEREST DUE SELLER          -FLOOD - LOL        19.00
+PREMIUM         1.281250     3,382.50   +GEOGRAPHIC ADJ  .16000     422.40   -ESCROW BALANCE      742.50   -PROCESSING        325.00
+BUYUP            .995300     2,627.59   -MANDATORY ADJ   .78125   2,062.50                      2,010.95   -TAX SERVICE        80.00

NET PRICE      102.276550   270,010.09   +NET SRP         .95875   2,531.10               -MISC   1,268.45   -MISC              224.00
                                                                                                           =NET FUNDS     271,048.74

SCHEDULE:   1 LOAN(S)   PRICE   $270,010.09   +NET SRP   $2,531.10   -MISC   $1,268.45   -FEES   $224.00   =NET FUNDS   $271,048.74

ADJUSTMENTS:  CLIENT OWES WF FOR FEES.   QUESTIONS?  CONTACT:  JODY.K.BOWMAN@WELLSFARGO.COM
                                                                TOTAL AMOUNT WIRED:   -8,541.19
                                                                                     262,507.55

COMPANY 3133
FUNDS WIRED TO:  BANKERS BANK
CITY & STATE:    OKLAHOMA CITY        OK
ABA NUMBER:      103003616
CREDIT TO:       SPIRIT BANK ABA#11037
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:  *

REDACTED

# **EXHIBIT 7**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19648
SPRINGFIELD, IL  62794-9488

PAGE: 1
FUNDING DATE: 8/12/08

SELLER:  3133  GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

| WFFI LN NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFPI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SELLERS NUMBER | | | | | | | | | | | |
| 0944 | 1839 | | CONV FIX30 | 6.750 360 | | 136,950.00 | 11 | 8/01/08 | 9/01/08 | 9/01/08 | 219-5 |

| 6219 | PRICE | PERCENT | AMOUNT | SRP | PERCENT | AMOUNT | | | MISC | AMOUNT | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASE DUE | 100.000000 | 136,950.00 | +BASE SRP | 1.60000 | 1,839.20 | +INTEREST DUE SELLER | | | 237.08 | -PROCESSING | | 125.00 |
| +PREMIUM | .606256 | 466.98 | +GEOGRAPHIC ADJ | .20000 | 275.88 | -ESCROW BALANCE | | | 330.68 | -TAX SERVICE | | 70.00 |
| -BUYDOWN | .676000 | 777.06 | -MANDATORY ADJ | .59375 | 682.52 | | | | | | | |
| NET PRICE | 99.730250 | 136,639.92 | +NET SRP | 1.24625 | 1,432.56 | | | | -MISC | 93.60 | -FEES | 195.00 |
| | | | | | | | | | | | | 115,783.88 |

| SCHEDULE: | 1 LOAN(S) | PRICE | $136,639.92 | +NET SRP | $1,432.56 | -MISC | | $93.60 | -FEES | $195.00 | -NET FUNDS | $115,783.88 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

COMPANY 3133
FUNDS WIRED TO:  BANKERS BANK
CITY & STATE:   OKLAHOMA CITY      OK
ABA NUMBER:     103003616
CREDIT TO:      SPIRIT BANK A&M#11037
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:  W

REDACTED

# **EXHIBIT 8**

FUND FAX NO:        (918) 392-8328
FUND CONTACT:       MELINDA MARLOW
REPORT NUMBER:      VFE3024D-D1
REPORT DATE:        1/14/08

WELLS FARGO FUNDING - SPRINGFIELD, IL
NONCONFORMING FUNDING INVOICE

PAGE:           1
RUN DATE:       1/15/08
RUN TIME:       0.29.48
FUNDING DATE:   1/15/08

LENDER NAME:    GATEWAY MORTGAGE GROUP, LLC            COMMITMENT NO:    -0537

SELLER LOAN NO:  4901      WFFI LOAN NO:                71.67       BORR NAME:                    PROD: FIX-30
MIN #            901-6
NOTE RATE: 5.875    REQUIRED RATE: 6.125    ORIG. BALANCE:   172,000.00    PRIN. REDUCTION:        0.00

| | PERCENT | AMOUNT | | AMOUNT | MAND NO |
|---|---|---|---|---|---|
| PROJ. BALANCE | 100.000 | 172,000.00 | - PROCESSING FEE | 125.00 | |
| - DISCOUNT | | | - INTEREST DUE WFFI | | |
| + PREMIUM | 1.191 | 2,048.52 | + INTEREST DUE SELLER | 392.97 | QUOTE DATE |
| | | | - ESCROW BALANCE | | 12/20/07 |
| - BUYDOWN | 1.000 | 1,720.00 | - TEMP BUYDOWN ESCROW BALANCE | | FIRST PYMT |
| + BUYUP | | | - TAX SERVICE FEE | 75.00 | DUE WFFI |
| - PENALTY | | | - LOAN UW FEE | .00 | 2/01/08 |
| MTM: | N | | - FLD FEE | 19.00 | |
| | | | - BP FUNDS | .00 | |

REQUIRED FUND PRICE   100.191      172,328.52      WIRE DEST:  BANKERS BANK      173.97  =   NET DUE SELLER      172,502.49

FUND FAX NO:        (918) 392-8328
FUND CONTACT:       MELINDA MARLOW
REPORT NUMBER:      VFE3024D-D1
REPORT DATE:        1/14/08

WELLS FARGO FUNDING - SPRINGFIELD, IL
NONCONFORMING FUNDING INVOICE

PAGE:           2
RUN DATE:       1/15/08
RUN TIME:       0.29.48
FUNDING DATE:   1/15/08

LENDER NAME:    GATEWAY MORTGAGE GROUP, LLC            COMMITMENT NO:    -0537

# REDACTED

# **EXHIBIT 9**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 5/12/08

SELLER: 3l 3   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19388
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBR | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | LN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7378 | 1784 | | CONV FIXED | 7.375 | 360 | 156,750.00 | 11 | 5/01/08 | 6/01/08 | 6/01/08 | 227-4 |

| SELLERS NUMBR | | | | | | | | | | |
| 0227 | PRICE | PERCENT | AMOUNT | SRP | PERCENT | AMOUNT | | MISC | AMOUNT | FEE | AMOUNT |

| | PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | MISC | AMOUNT | | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASE UPB | | 100.000000 | 156,750.00 | +BASE SRP | | 1.58000 | 2,476.65 | +INTEREST DUE SELLER | | | -FLOOD - LOL | | 19.00 |
| +PREMIUM | | 2.593750 | 4,065.70 | +GEOGRAPHIC ADJ | | .16000 | 250.80 | -ESCROW BALANCE | | 353.23 | -FHA TESTING | | 125.00 |
| -BUYDOWN | | .010150 | 15.91 | -MANDATORY ADJ | | .81250 | 1,273.59 | | | 637.53 | -TAX SERVICE | | 80.00 |
| NET PRICE | | 102.583620 | 160,799.79 | +NET SRP | | .92750 | 1,453.86 | -MISC | | 284.30 | -FEES | | 224.00 |
| | | | | | | | | | | =NET FUNDS | | 161,745.35 |

REDACTED

COMPANY 313
FUNDS WIRED
CITY & STATE: OKLAHOMA CITY          OK
ABA NUMBER: 103003616
CREDIT TO: SPIRIT BANK ABA#11037
ACCOUNT#:
SPECIAL INSTR

BUSINESS TYPE: W
BANKERS BANK

# **EXHIBIT 10**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

FUNDING PAGE: 1
FUNDING DATE: 7/16/08

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

| WFFI LN NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM | MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1B74 | 0980 | | CONV FIX30 | 7.500 | 360 | | 288,000.00 | 15 | 7/01/08 | 8/01/08 | 8/01/08 | 605-3 |

| SELLER NUMBER | | | | SRP | PERCENT | AMOUNT | | | | MISC AMOUNT | | FEE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4805 PRICE | PERCENT | AMOUNT | | | | | | | | | | |
| | | | +BASE SRP | 1.60000 | 4,608.00 | | +INTEREST DUE SELLER | | | | | -PROCESSING 125.00 |
| PURCHASE UPB | 100.000000 | 288,000.00 | +GEOGRAPHIC ADJ | .16000 | 460.80 | | -ESCROW BALANCE | | | | | -TAX SERVICE 80.00 |
| +PREMIUM | 1.437500 | 4,140.00 | -MANDATORY ADJ | .87500 | 2,520.00 | | | | | | | |
| +BUYUP | .272400 | 784.51 | | | | | | | | | | |
| | | | +NET SRP | .88500 | 2,548.80 | | +MISC | | | | 278.76 | -FEES 205.00 |
| NET PRICE | 101.709900 | 292,924.51 | | | | | | | | | | =NET FUNDS 295,567.07 |

REDACTED

COMPANY 3133
FUNDS FIRED TO:   BUSINESS TYPE: W
CITY & STATE:    BANKERS BANK
ABA NUMBER:      OKLAHOMA CITY      OK
CREDIT TO:       103003616
ACCOUNT?:        SPIRIT BANK ABA#110037
SPECIAL INSTR:

# EXHIBIT 11

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 4/28/08

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:   MELINDA MARLOW

| WFFI LN NUMBER | COMMIT | | | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | MIN NUMBER |
| SELLERS NUMBER | NUMBER | BORROWER NAME | | PROD | ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI | |

| 1997 | 5556 | | | CONV | 7.500 | 360 | 109,250.00 | 13- | 5/01/08 | 5/01/08 | 6/01/08 | 809-B |
| | | | | FIX30 | | | | | | | | |

| 7809 | PRICE | PERCENT | AMOUNT | SRP | PERCENT | AMOUNT | | | | MISC AMOUNT | | FEE AMOUNT |

| | | | | +BASE SRP | 1.55000 | 1,692.12 | -INTEREST DUE WFFI | | | 295.67 | | -FLOOD - LOL | 19.00 |
| PURCHASE UPB | 100.000000 | 109,168.92 | | +GEOGRAPHIC ADJ | .18000 | 196.50 | -ESCROW BALANCE | | | 4,159.45 | | -PROCESSING | 125.00 |
| +PREMIUM | 1.831000 | 1,998.88 | | | | | | | | | | -TAX SERVICE | 75.00 |

| NET PRICE | 103.831000 | 111,167.80 | | =NET SRP | 1.73000 | 1,888.62 | | | | -MISC | 4,455.12 | -FEES | 219.00 |
| | | | | | | | | | | | | =NET FUNDS | 105,382.30 |

REDACTED

COMPANY 3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:   OKLAHOMA CITY        OK
ABA NUMBER:   103003616
CREDIT TO:   SPIRIT BANK ABA#11037
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:   N

## **EXHIBIT 12**

FUND FAX NO: (918) 392-8328
FUND CONTACT: MELINDA MARLOW
REPORT NUMBER: VFR3024D-D1
REPORT DATE: 3/31/08

WELLS FARGO FUNDING - SPRINGFIELD, IL
NONCONFORMING FUNDING INVOICE

PAGE: 1
RUN DATE: 4/01/08
RUN TIME: 0.31.32
FUNDING DATE: 4/01/08

LENDER NAME: GATEWAY MORTGAGE GROUP, LLC          COMMITMENT NO: -0537

SELLER LOAN NO: .1214     WFFI LOAN NO:     0556     BORR NAME:          PROD: FIX-30
MIN #:     214-3
NOTE RATE: 7.000     REQUIRED RATE: 5.625     ORIG. BALANCE: 391,400.00     PRIN. REDUCTION: 0.00

|  | PERCENT | AMOUNT | | AMOUNT | MAND NO |
|---|---|---|---|---|---|
| PROJ. BALANCE | 100.000 | 391,400.00 | | | 125.00 |
| - DISCOUNT | | | - PROCESSING FEE | | |
| + PREMIUM | 0.554 | 2,168.35 | - INTEREST DUE WFFI | | QUOTE DATE: 3/20/08 |
| - RISK PREMIUM | 0.500 | 1,957.00 | + INTEREST DUE SELLER | | |
| - BUYDOWN | | | - ESCROW BALANCE | 1,040.78 | |
| + BUYUP | 3.626 | - 14,192.16 | - TEMP BUYDOWN ESCROW BALANCE | | FIRST PYMT |
| - PENALTY | | | - TAX SERVICE FEE | 80.00 | DUE WFFI |
| MTM: | N | | - LOAN DW FEE | .00 | 5/01/08 |
| | | | - FLD FEE/R-TAX FEE | 29.00 | |
| | | | - BP FUNDS | .00 | |

REQUIRED FUND PRICE   103.680   405,803.51                    NET DUE SELLER

                                                              1,274.78 =   404,528.73

WHEN DEST: BANKERS BANK

---

FUND FAX NO: (918) 392-8328
FUND CONTACT: MELINDA MARLOW
REPORT NUMBER: VFR3024D-D1
REPORT DATE: 3/31/08

WELLS FARGO FUNDING - SPRINGFIELD, IL
NONCONFORMING FUNDING INVOICE

PAGE: 2
RUN DATE: 4/01/08
RUN TIME: 0.31.32
FUNDING DATE: 4/01/08

LENDER NAME: GATEWAY MORTGAGE GROUP, LLC          COMMITMENT NO: -0537

REDACTED

# **EXHIBIT 13**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

PAGE: 1
FUNDING DATE:  12/06/07

SELLER:   1133  GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:  MELINDA MARLOW

| WFFI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | MIN NUMBER |
|---|---|---|---|

| TYPE FRED | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI |
|---|---|---|---|---|---|---|---|
| CONV FIX30 | 7.500 | 360 | 135,000.00 | 5 | 12/01/07 | 1/01/08 | 1/01/08 |

REDACTED

608-7

|  | SRP PERCENT | AMOUNT |  | MISC AMOUNT |  | FEE AMOUNT |
|---|---|---|---|---|---|---|
| +BASE SRP | 1.55000 | 2,092.50 | +INTEREST DUE SELLER | 140.63 | -FLOOD - LOL | 19.00 |
| +GEOGRAPHIC ADJ | .16000 | 216.00 | -ESCROW BALANCE | 1,052.03 | -PROCESSING | 125.00 |
|  |  |  |  |  | -TAX SERVICE | 80.00 |
| +NET SRP | 1.71000 | 2,308.50 | -MISC | 911.40 | -FEES | 224.00 |
|  |  |  |  |  | =NET FUNDS | 139,546.75 |

2834   0177

6608

| PRICE | PERCENT | AMOUNT |
|---|---|---|
| PURCHASE UPB | 100.000000 | 135,000.00 |
| +PREMIUM | 2.499000 | 3,373.65 |
| NET PRICE | 102.499000 | 138,373.65 |

REDACTED

# **EXHIBIT 14**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

PAGE:  2
FUNDING DATE:  3/05/08

SELLER:  3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:  MELISSA MARLOW

| WFFI LN NUMBER | COMMIT | BORROWER NAME | | | | | | | | MIN NUMBER |
| SELLERS NUMBER | NUMBER | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7864 | 9474 | | | | | | | | | 800-7 |

| | | | TYPE | RATE | | INT | PAID THRU | 1ST LOAN | 1ST PMT | |
| | | | PROD ARM MARG | TERM ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI | |
|---|---|---|---|---|---|---|---|---|---|
| 7800 | PRICE | PERCENT AMOUNT | CONV FIX30 | 7.000 360 142,500.00 | 4 | 3/01/08 | 4/01/08 | 4/01/08 | |

| | | | SRP PERCENT AMOUNT | MISC AMOUNT | | | FEE AMOUNT |
|---|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 142,500.00 | +BASE SRP     1.55000   2,208.75 | +INTEREST DUE SELLER        .110 83 | | -FLOOD - LCL    19.00 |
| +PREMIUM | .458000 | 652.65 | +GEOGRAPHIC ADJ   .67000    954.75 | -ESCROW BALANCE        1,101.39 | | -PROCESSING     125.00 |
| | | | | | | -TAX SERVICE    105.00 |
| NET PRICE | 100.458000 | 143,152.65 | +NET SRP  2.22000   3,163.50 | -MISC                       990.56 | | -FEES          249.00 |
| | | | | | | =NET FUNDS   145,076.59 |

COMPANY 3133
FUNDS FIXED TO:   FEDERAL HOME LOAN BANK
CITY & STATE:     DALLAS                   TX
ABA NUMBER:       111040195
CREDIT TO:        SOUTHWEST SECURITIES FSB
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:  W

REDACTED

## **EXHIBIT 15**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 12/06/07

WELLS FARGO FUNDING, INC.
P. O. BOX 19458
SPRINGFIELD, IL 62794-9458

| SELLER: | 3133 | GATEWAY MORTGAGE GROUP, LLC |
| | | 6910 E. 14TH ST. |
| | | TULSA, OK 74112 |
| | | ATTN: MELINDA MARLOW |

| WFFI LN NUMBER | COMMIT | | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT |
| SELLERS NUMBER | NUMBER | BORROWER NAME | PROD | ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI | MIN NUMBER |

MELINDA MARLOW

REDACTED

| | | | CONV | 7.500 | 360 | 169,000.00 | 5 | 12/01/07 | 1/01/08 | 1/03/08 |
| 8285 | 9265 | | FIX30 | | | | | | | | 450-3 |

| 5450 | PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | MISC | AMOUNT | | FEE | AMOUNT |

| PURCHASE UPB | 100.000000 | 169,000.00 | | +BASE SRP | 1.53000 | 2,619.50 | | +INTEREST DUE SELLER | 176.04 | | -FLOOD - LGL | 19.00 |
| +PREMIUM | 2.624000 | 4,434.56 | | +GEOGRAPHIC ADJ | .67000 | 1,132.30 | | -ESCROW BALANCE | 571.88 | | -PROCESSING | 125.00 |
| | | | | | | | | | | | -TAX RMIT | 10.00 |
| | | | | | | | | | | | -TAX SERVICE | 70.00 |

| NET PRICE | 102.624000 | 173,434.56 | | +NET SRP | 2.22000 | 3,751.80 | | -MISC | 395.80 | | -FEES | 224.00 |
| | | | | | | | | | | | +NET FUNDS | 176,566.52 |

REDACTED

REDACTED

| COMPANY | 3133 | | BUSINESS TYPE: | W |
| FUNDS WIRED TO: | | | BANKERS BANK |
| CITY & STATE: | | | OKLAHOMA CITY | | OK |
| ABA NUMBER: | | | 103003616 |
| CREDIT TO: | | | SPIRIT BANK |
| ACCOUNT#: | | |
| SPECIAL INSTR: | | |

# **EXHIBIT 16**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 12/13/07

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|

0813
5894     4224 PIKE,J

| PRICE | PERCENT | AMOUNT | | | CONV FIX30 | 7.250 | 360 | 264,000.00 | 12 | 12/01/07 | 1/01/08 | 1/01/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

894-2

| | SRP | PERCENT | AMOUNT | | MISC | AMOUNT | | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

| PURCHASE UPB | 100.000000 | 264,000.00 | +BASE SRP | 1.55000 | 4,092.00 | +INTEREST DUE SELLER | 638.00 | -FLOOD - LGL | 19.00 |
| +PREMIUM | 2.280000 | 6,019.20 | +GEOGRAPHIC ADJ | .16000 | 422.40 | -ESCROW BALANCE | 1,002.95 | -PROCESSING | 125.00 |
| | | | | | | | | -TAX SERVICE | 80.00 |
| NET PRICE | 102.280000 | 270,019.20 | +NET SRP | 1.71000 | 4,514.40 | -MISC | 364.95 | -FEES | 224.00 |
| | | | | | | | | =NET FUNDS | 273,944.65 |

REDACTED

## **EXHIBIT 17**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 4/29/08

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA GARLOW

| WFFI LN NUMBER | COMMIT | | | | | | | MIN NUMBER |
| SELLERS NUMBER | NUMBER | BORROWER NAME | | | | | | |
| 3736 | 2141 | | | | | | | 271-2 |

| TYPE | RATE | | | | INT | PAID THRU | 1ST LOAN | 1ST PMT |
| PROD | ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI |
| CONV | 6.625 | 360 | 71,250.00 | 2- | 5/01/08 | 6/01/08 | 6/01/08 |
| F1X30 | | | | | | | |

| D271 | | SRP PERCENT | AMOUNT | | MISC | AMOUNT | | FEE AMOUNT |
| PRICE | PERCENT | AMOUNT | | | | | | |

| PURCHASE DEB | 100.000000 | 71,250.00 | +BASE SRP | 1.58000 | 1,125.75 | INTEREST DUE WFFI | 26.22 | -FLOOD - IGL | 19.00 |
| +PREMIUM | 2.000000 | 1,425.00 | +GEOGRAPHIC ADJ | .49000 | 349.13 | | | -PROCESSING | 125.00 |
| +BUYUP | .602700 | 429.42 | +MANDATORY ADJ | .81250 | 578.91 | | | -TAX SERVICE | 80.00 |
| | | | | | | | | |
| NET PRICE | 102.602700 | 73,104.42 | +NET SRP | 2.25750 | 895.97 | -MISC | 26.22 | -FEES | 224.00 |
| | | | | | | | | -NET FUNDS | 73,750.17 |

COMPANY 3133
FUNDS WIRED TO: FEDERAL HOME LOAN BANK
CITY & STATE: DALLAS                    TX
ABA NUMBER: 111040195
CREDIT TO: SOUTHWEST SECURITIES FSB
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE: W

REDACTED

FAX NUMBER: 918-392-8328

## **EXHIBIT 18**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 3/18/08

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P.O. BOX 19488
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBER | COMMIT NUMBER | BORROWER NAME | | | | | | | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 3415 | 6843 | | | | | | | | 1623-3 |
| SELLERS NUMBER | | | | | | | | | |
| 7623 | | | | | | | | | |

| | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | |
| | PROD | ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DER WFFI | |
| | CONV FIX30 | 7.500 | 360 | 265,000.00 | 13- | 4/01/08 | 4/01/08 | 5/01/08 | |

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 264,803.33 | | +BASE SRP | 1.55000 | 4,104.45 | | -FLOOD - LOL | 19.00 |
| +PREMIUM | 1.148000 | 3,039.94 | | +GEOGRAPHIC ADJ | .16000 | 423.69 | | -PROCESSING | 125.00 |
| | | | | | | | | -TAX SERVICE | 80.00 |
| NET PRICE | 101.148000 | 267,843.27 | | +NET SRP | 1.71000 | 4,528.14 | | -FEES | 224.00 |

| | MISC | AMOUNT | | | |
|---|---|---|---|---|---|
| | -INTEREST DUE WFFI | 717.18 | | | |
| | -ESCROW BALANCE | 500.01 | | | |
| | -MISC | 1,217.19 | | =NET FUNDS | 270,930.22 |

COMPANY 3133
BUSINESS TYPE: W
FUNDS WIRED TO: FEDERAL HOME LOAN BANK
CITY & STATE: DALLAS          TX
ABA NUMBER: 111040195
CREDIT TO: SOUTHWEST SECURITIES FSB
ACCOUNT#:
SPECIAL INSTR:

REDACTED

FAX NUMBER: 918-392-8328

# **EXHIBIT 19**

LOAN PURCHASE SCHEDULE
WELLS FARGO FUNDING, INC.
P O BOX 19188
SPRINGFIELD, IL 62794-9488

PAGE: 1
FUNDING DATE: 12/13/07

SELLER: 3133 GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

| WFFI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE FRED ARM MARG | RATE | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9793 5514 | 8861 | | CONV FIX3D | 7.500 | 360 | 417,000.00 | 12 | 12/01/07 | 1/03/08 | 1/01/08 | 514-6 |

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | MISC | AMOUNT | | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 417,000.00 | +BASE SRP | 1.55000 | 6,463.50 | | +INTEREST DUE SELLER | | 1,042.50 | -FLOOD - LOM | | 19.00 |
| +PREMIUM | 2.655000 | 11,071.35 | +GEOGRAPHIC ADJ | .46000 | 1,918.20 | | -ESCROW BALANCE | | 2,090.07 | -PROCESSING | | 125.00 |
| | | | | | | | | | | -TAX SERVICE | | 78.00 |
| NET PRICE | 102.655000 | 428,071.35 | =NET SRP | 2.01000 | 8,381.70 | | =MISC | | 1,047.57 | =FEES | | 222.00 |
| | | | | | | | | | | =NET FUNDS | | 435,163.48 |

REDACTED

# **EXHIBIT 20**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19468
SPRINGFIELD, IL  62794-9468

PAGE:  2
FUNDING DATE:  3/31/08

SELLER:  3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK  74112
ATTN:  MELINDA MARLOW

| WFPI LN NUMBER | COMMIT | | | | | | | | | | |
| SELLERS NUMBER | NUMBER | BORROWER NAMS | TYPE# | RATE | | INT | PAID THRU | 1ST LOAN | 1ST PMT | | MIN NUMBER |
| | | | PROD ARM MARG | TERM ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFPI | | | |

REDACTED

| 2184 | 6070 | | CONV | 7.500 360 | 51,750.00 | | 4/01/08 | 5/01/08 | 5/01/08 | | 492-6 |
| 0492 | | | FIX30 | | | | | | | | |

| PRICE | PERCENT | AMOUNT | SRP | PERCENT | AMOUNT | | | MISC AMOUNT | | FEE | AMOUNT |
| PURCHASE UPB | 100.000000 | 51,750.00 | +BASE SRP | 1.55000 | 802.13 | -ESCROW BALANCE | | 1,963.98 | | -FLOOD - LGL | 19.00 |
| +PREMIUM | 1.135000 | 587.36 | +GEOGRAPHIC ADJ | .27000 | 139.72 | | | | | -PROCESSING | 125.00 |
| | | | | | | | | | | -TAX REMIT | 10.00 |
| | | | | | | | | | | -TAX SERVICE | 70.00 |
| NET PRICE | 101.135000 | 52,337.36 | +NET SRP | 1.82000 | 941.85 | | | -MISC | 1,963.98 | -FEES | 224.00 |
| | | | | | | | | -NET FUNDS | | | 51,091.23 |

COMPANY   3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:   OKLAHOMA CITY      OK
ABA NUMBER:   103003616
CREDIT TO:   SPIRIT BANK ABA#11037
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:   W

# **<u>EXHIBIT 21</u>**

```
FUND FAX NO:     (918) 392-8328
FUND CONTACT:    MELINDA MARLOW                                                              PAGE:              3
REPORT NUMBER:   VFE3024D-D1                 WELLS FARGO FUNDING - SPRINGFIELD, IL           RUN DATE:    2/28/08
REPORT DATE:     2/27/08                     NONCONFORMING FUNDING INVOICE                   RUN TIME:    0.36.05
LENDER NAME:     GATEWAY MORTGAGE GROUP, LLC          COMMITMENT NO:      -0537              FUNDING DATE: 2/28/08
=============================================================================================================
SELLER LOAN NO: 7299      WFFI LOAN NO:  5,875         BGWR NAME:                    PROD: FIX-30
MIN #           299-2
NOTE RATE: 7.000   REQUIRED RATE: 5,875   ORIG. BALANCE:   283,500.00   PRIN. REDUCTION:       0.00

                   PERCENT          AMOUNT                                                  AMOUNT      MAND NO
PROJ. BALANCE     100.000        283,500.00   - PROCESSING FEE                              125.00
- DISCOUNT                                    - INTEREST DUE WFFI                           165.18
+ PREMIUM           0.770          2,182.95   + INTEREST DUE SELLER                                    QUOTE DATE
+ RISK PREMIUM      0.500          1,417.50   + ESCROW BALANCE                              521.13       1/31/08
- BUYDOWN                                     - TEMP BUYDOWN ESCROW BALANCE
+ BUYUP             2.775          7,867.12   - TAX SERVICE FEE                              80.00      FIRST PYMT
- PENALTY           0.215            609.52   - LOAN UW FEE                                   .00       DUE WFFI
MTH:          N                               - FLD FEE                                     19.00       4/01/08
                                              - BP FUNDS                                     .00

REQUIRED FUND PRICE  102.830                    291,523.05                                  910.51 =   NET DUE SELLER
                                                                                                       290,612.54
=============================================================================================================
FUND FAX NO:     (918) 392-8328
FUND CONTACT:    MELINDA MARLOW                                                              PAGE:              4
REPORT NUMBER:   VFE3024D-D1                 WELLS FARGO FUNDING - SPRINGFIELD, IL           RUN DATE:    2/28/08
REPORT DATE:     2/27/08                     NONCONFORMING FUNDING INVOICE                   RUN TIME:    0.36.05
LENDER NAME:     GATEWAY MORTGAGE GROUP, LLC          COMMITMENT NO:      -0537              FUNDING DATE: 2/28/08
=============================================================================================================
```

WELLS DEST:  FEDERAL HOME LOAN BANK

# REDACTED

# **EXHIBIT 22**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 1/25/08

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MAXLOF

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBER | COMMIT | | TYPE | RATE | | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | PROD ARM MARG | TERM ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI | MIN NUMBER |

| 0607 | 7666 | MELINDA MAXLOF | CONV 7.375 360 | 357,200.00 | 6- | 2/01/08 | 3/01/08 | 3/01/08 | 832-1 |
| | | | FIX30 | | | | | | |

| 6832 | | | SRP PERCENT AMOUNT | | MISC AMOUNT | | | | FEE AMOUNT |
| PRICE | PERCENT | AMOUNT | | | | | | | |

| PURCHASE UPB | 100.000000 | 357,200.00 | +BASE SRP | 1.55000 | 5,536.60 | -INTEREST DUE WFFI | 439.06 | | -FLOOD - LDL | 19.00 |
| -DISCOUNT | 1.532000 | 5,472.30 | +GEOGRAPHIC ADJ | .67000 | 2,393.24 | -ESCROW BALANCE | 2,150.28 | | -PROCESSING | 125.00 |
| | | | | | | | | | -TAX SERVICE | 105.00 |

| NET PRICE | 98.468000 | 351,727.70 | +NET SRP | 2.22000 | 7,929.84 | -MISC | 2,589.34 | | -FEES | 249.00 |
| | | | | | | | | | =NET FUNDS | 356,819.20 |

REDACTED

# **EXHIBIT 23**

LOAN PURCHASE SCHEDULE

PAGE: 4
FUNDING DATE: 2/12/08

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:

WELLS FARGO FUNDING, INC.
P. O. BOX 19408
SPRINGFIELD, IL 62794-9408

| WFFI LN NUMBER | COMMIT- | | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | PROD ARM MARG | TERM ORIG LOAN AMT | | DAYS | DATE | PMT DUE | DUE WFFI | MIN NUMBER |

BORROWER NAME: MELINDA MARLOW

REDACTED

| 6572 | 1025 | | | CONV | 6.625 | 360 | 175,750.00 | 11 | 2/01/08 | 3/01/08 | 3/01/08 | 1079-B |
| 7079 | | | | FIX30 | | | | | | | | |
| PRICE | PERCENT | AMOUNT | | | SRP PERCENT | AMOUNT | | | MISC AMOUNT | | FEE AMOUNT |

| PURCHASE UPB | 100.000000 | 175,750.00 | | +BASE SRP | 1.55000 | 2,724.13 | | +INTEREST DUE SELLER | | 355.77 | -FLOOD LOA | 19.00 |
| -DISCOUNT | 1.469000 | 2,581.77 | | +GEOGRAPHIC ADJ | .27000 | 474.52 | | -ESCROW BALANCE | | 854.84 | -PROCESSING | 125.00 |
| | | | | | | | | | | | -TAX SERVICE | 70.00 |

| NET PRICE | 98.531000 | 173,168.23 | | +NET SRP | 1.82000 | 3,198.65 | | -MISC | | 499.07 | -FEES | 214.00 |
| | | | | | | | | | | | =NET FUNDS | 175,653.81 |

REDACTED

COMPANY 3133
FUNDS WIRED TO: FEDERAL HOME LOAN BANK
CITY & STATE: DALLAS                TX
ABA NUMBER: 111040195
CREDIT TO: SOUTHWEST SECURITIES FSB
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE: W

## **<u>EXHIBIT 24</u>**

LOAN PURCHASE SCHEDULE

PAGE:        4
FUNDING DATE:   2/19/08

SELLER:    3133   GATEWAY MORTGAGE GROUP, LLC
                  6910 E. 14TH ST.
                  TULSA, OK 74112
                  ATTN:   MELINDA KARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBER | COMMIT | BORROWER NAME | TYPR | RATE | TERM | ORIG LOAN AMT | INT | PAID THRU | 1ST LOAN | 1ST PMT | MIN NUMBER |
| SELLERS NUMBER | NUMBER | | PROD ARM MARG | | | | DAYS | DATE | PMT DUE | DUE WFFI | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7961 | 5416 | MELINDA KARLOW | CONV 7.375 | 360 | 247,000.00 | 12 | 3/01/08 | 3/01/08 | 4/01/08 | 121-B |
| | | | FIX30 | | | | | | | |

| 7121 | PRICE | PERCENT | AMOUNT | SRP PERCENT | AMOUNT | MISC AMOUNT | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 246,812.05 | +BASE SRP | 1.55000 | 3,825.59 | -INTEREST DUE WFFI | 606.75 | -FLOOD - LGL | 19.00 |
| +PREMIUM | 1.003000 | 2,475.52 | +GEOGRAPHIC ADJ | .16000 | 394.90 | -ESCROW BALANCE | 2,239.07 | -PROCESSING | 125.00 |
| | | | | | | | | -TAX SERVICE | 80.00 |
| NET PRICE | 101.003000 | 249,287.57 | +NET SRP | 1.71000 | 4,220.49 | -MISC | 2,845.82 | -FEES | 224.00 |
| | | | | | | | | -NET FUNDS | 250,438.24 |

REDACTED

# **EXHIBIT 25**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 4/18/08

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

SELLER: 3133 GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

| WF21 LN NUMBER | COMMIT | | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | PROD ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI | MIN NUMBER |

1082 8752
1248 PRICE PERCENT AMOUNT

CONV 7.375 360 396,000.00 13- 5/01/08 5/01/08 6/01/08 248-1
FIX30 SRP PERCENT AMOUNT MISC AMOUNT FEE AMOUNT

+BASE SRP 1.55000 6,133.33 -INTEREST DUE WFFI 1,053.82 -FLOOD - LOL 19.00
+GEOGRAPHIC ADJ .16000 633.12 -ESCROW BALANCE 6,087.38 -PROCESSING 125.00
-TAX SERVICE 80.00

PURCHASE UPB 100.000000 395,698.68
+PREMIUM .304000 1,202.92

+NET SRP 1.71000 6,766.45 -MISC 7,141.20 -FEES 224.00

NET PRICE 100.304000 396,901.60 -NET FUNDS 396,302.85

REDACTED

COMPANY 3133      BUSINESS TYPE: W
FUNDS WIRED TO:   FEDERAL HOME LOAN BANK
CITY & STATE:     DALLAS           TX
ABA NUMBER:       111040195
CREDIT TO:        SOUTHWEST SECURITIES FSB
ACCOUNT#:
SPECIAL INSTR:

**EXHIBIT 26**

**LOAN PURCHASE SCHEDULE**

WELLS FARGO FUNDING, INC.
P. O. BOX 19988
SPRINGFIELD, IL  62794-9488

PAGE: 2
FUNDING DATE: 10/29/07

SELLER: 3133  GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WFFI LN NUMBER: 6766  
SELLERS NUMBER: 9414

COMMIT NUMBER: 4600

BORROWER NAME: MELINDA MARLOW

MIN NUMBER: 400-9

| | PERCENT | AMOUNT |
|---|---|---|
| PURCHASE UPB | 100.000000 | 161,500.00 |
| +PREMIUM | .217000 | 350.46 |
| NET PRICE | 100.217000 | 161,850.46 |

TYPE PROD: CONV FIX30
RATE: 6.625  ARM MARG: 360  TERM: 360  ORIG LOAN AMT: 161,500.00  INT DAYS: 2-
PAID THRU DATE: 11/01/07  1ST LOAN PMT DUE: 12/01/07  1ST PMT DUE WFFI: 12/01/07

| | SRP PERCENT | AMOUNT |
|---|---|---|
| +BASE SRP | 1.60000 | 2,584.00 |
| +GEOGRAPHIC ADJ | .58000 | 936.70 |
| =NET SRP | 2.18000 | 3,520.70 |

MISC AMOUNT:
-INTEREST DUE WFFI: 59.44
-ESCROW BALANCE: 832.83
-MISC: 892.27

| | FEE | AMOUNT |
|---|---|---|
| -FLOOD - LOL | | 19.00 |
| -PROCESSING | | 125.00 |
| -TAX SERVICE | | 80.00 |
| =NET FUNDS | -FEES | 224.00 |
| | | 164,254.89 |

SCHEDULE: PRICE $661,838.29  5 LOAN(S) $17,327.73 -NET SRP  -MISC $5,855.27  -FEES $1,230.00 =NET FUNDS $672,080.75

BUSINESS TYPE: W
FUNDS WIRED TO: BANKERS BANK  OK
CITY & STATE: OKLAHOMA CITY
ABA NUMBER: 103003616
CREDIT TO: SPIRIT BANK
ACCOUNT#:
SPECIAL INSTR:

REDACTED

## **EXHIBIT 27**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 10/01/07

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:   MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

| WFEI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | | | | | | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|
| 5214 | 9985 | | | | | | | 009-R |

| | TYPE PROD | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PCT DUE | 1ST PYT DUE WFEI |
|---|---|---|---|---|---|---|---|---|
| 4009 | CONV FIX30 | 7.250 | 360 | 305,000.00 | | 10/01/07 | 11/01/07 | 11/01/07 |

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 305,000.00 | +BASE SRP | 1.60000 | | 4,880.00 | -FLOOD - LGL | 19.00 |
| +PREMIUM | 2.061000 | 6,286.05 | +GEOGRAPHIC ADJ | .67000 | | 2,043.50 | -PROCESSING | 125.00 |
| | | | | | | | -TAX SERVICE | 105.00 |
| NET PRICE | 102.061000 | 311,286.05 | +NET SRP | 2.27000 | | 6,923.50 | -FEES | 249.00 |

| | | | -ESCROW BALANCE | | MISC AMOUNT | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 1,461.77 | | |
| | | | -MISC | | | 1,461.77 | -MISC | 1,461.77 |
| | | | | | | | +NET FUNDS | 316,438.78 |

REDACTED

COMPANY   3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:   OKLAHOMA CITY   OK
ABA NUMBER:   103003616
CREDIT TO:   SPIRIT BANK ABA#11037
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:   W

## **EXHIBIT 28**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 9/21/07

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBER | SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM MARG | TERM | ORIG | LOAN AMT | INT DAYS | PAID THRU DATE | 1ST PMT DUE | 1ST LOAN PMT DUE | 1ST PMT WFPI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4452 | | | | CONV FIX30 | 7.875 | 360 | | 396,150.00 | 10- | 10/01/07 | 11/01/07 | 11/01/07 | 11/01/07 | 564-3 |

| 3569 | | | | | | | | | | | | | | |

| PRICE | PERCENT | AMOUNT | SRP | PERCENT | AMOUNT | | MISC AMOUNT | | FEE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 396,150.00 | +BASE SRP | 1.60000 | 6,338.40 | -INTEREST DUE WFFI | 866.58 | -FLOOD - LDL | 19.00 |
| +PREMIUM | 2.300000 | 9,111.45 | +GEOGRAPHIC ADJ | .56000 | 2,297.67 | -ESCROW BALANCE | 1,189.76 | -PROCESSING | 125.00 |
| | | | | | | | | -TAX SERVICE | 80.00 |
| NET PRICE | 102.300000 | 405,261.45 | +NET SRP | 2.18000 | 8,636.07 | -MISC | 2,056.34 | -FEES | 224.00 |
| | | | | | | | | =NET FUNDS | 411,617.18 |

| SCHEDULE: | 1 LOAN(S) | PRICE: | $405,261.45 | +NET SRP | $8,636.07 | -MISC | $2,056.34 | -FEES | $224.00 | =NET FUNDS | $411,617.18 |
|---|---|---|---|---|---|---|---|---|---|---|---|

COMPANY 3133          BUSINESS TYPE: W
FUNDS WIRED TO: BANKERS BANK
CITY & STATE: OKLAHOMA CITY       OK
ABA NUMBER: 103003616
CREDIT TO: SPIRIT BANK
ACCOUNT#:
SPECIAL INSTR:

REDACTED

# **EXHIBIT 29**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

PAGE: 1
FUNDING DATE: 7/14/08

SELLER:  3133  GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:  MELINDA MARLOW

| WFF1 LN NUMBER | COMMIT | | | | | | | | MTN NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| SELLERS NUMBER | NUMBER | BORROWER NAME | | | | | | | |

| | TYPE | RATE | | | | INT | PAID THRU | 1ST LOAN | 1ST PMT |
|---|---|---|---|---|---|---|---|---|---|
| | PROD ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE NFPI | |

**REDACTED**

| 2696 | | | | | | 563-0 | |
|---|---|---|---|---|---|---|---|
| 2563 | | CONV | 5.875 | 360 | 319,500.00 | 13 | 7/01/08 | 8/01/08 | 8/03/08 |
| | | FIX30 | | | | | | |

| | SRP PERCENT | AMOUNT | | MISC AMOUNT | | FEE AMOUNT |
|---|---|---|---|---|---|---|
| +BASE SRP | 1.60000 | 5,112.00 | +INTEREST DUE SELLER | 677.83 | -PROCESSING | 125.00 |
| +GEOGRAPHIC ADJ | .46000 | 1,469.70 | -ESCROW BALANCE | 629.20 | -TAX SERVICE | 78.00 |
| -MANDATORY ADJ | .25000 | 798.75 | | | | |
| +NET SRP | 1.81000 | 5,782.95 | +MISC | 48.63 | -FEES | 203.00 |

| 0482 | | | | | | | 315,449.13 |
|---|---|---|---|---|---|---|---|
| PRICE | PERCENT | AMOUNT | | | | | |
| PURCHASE UPB | 100.000000 | 319,500.00 | | | | | |
| -DISCOUNT | 3.000000 | 9,585.00 | | | | | |
| +BUYDOWN | .025000 | 94.25 | | | | | |
| NET PRICE | 96.970500 | 309,820.75 | | | =NET FUNDS | | 315,449.13 |

**REDACTED**

# **EXHIBIT 30**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 2/07/08

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P O BOX 19468
SPRINGFIELD, IL 62794-9468

| WFFI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE UPFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CONV FIX30 | 6.625 .360 | | 244,000.00 | 6 | 2/01/08 | 3/01/08 | 3/01/08 | 362-8 |

REDACTED

| 0514 7362 | 7331 | | | | | | |
|---|---|---|---|---|---|---|---|
| | PRICE PERCENT | AMOUNT | SRP PERCENT | AMOUNT | MISC AMOUNT | | FEE AMOUNT |
| PURCHASE UPB | 100.000000 | 244,000.00 | +BASE SRP 1.55000 | 3,782.00 | +INTEREST DUE SELLER | 269.42 | -FLOOD - LDL 19.00 |
| +PREMIUM | 1.687000 | 4,116.28 | +GEOGRAPHIC ADJ .16000 | 390.40 | -ESCROW BALANCE | 655.18 | -PROCESSING 125.00 |
| | | | | | | | -TAX REMIT 10.00 |
| | | | | | | | -TAX SERVICE 80.00 |
| NET PRICE | 101.687000 | 248,116.28 | +NET SRP 1.71000 | 4,172.40 | -MISC | 385.76 | -FEES 234.00 |
| | | | | | | | =NET FUNDS 251,668.92 |

REDACTED

# **EXHIBIT 31**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 2/29/08

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
                 6910 E. 14TH ST.
                 TULSA, OK 74112
                 ATTN:  MELINDA MARLON

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

| WFFI LN NUMBER | COMMIT NUMBER | BORROWER NAME | | TYPE FRED | RATE ARM MARG | TERM ORIG LOAN AMT | INF DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
| SELLERS NUMBER | | | | | | | | | | | |
| | 2419 | MELINDA MARLON | | CONV FIX30 | 6.750 .360 | 192,000.00 | 2- | 3/01/08 | 4/01/08 | 4/01/08 | 364-4 |

REDACTED

| 0711 | | 2419 | | | SRP | PERCENT | AMOUNT | | MISC AMOUNT | | FEE AMOUNT |
| 7364 | | | | | | | | | | | |
| PRICE | PERCENT | AMOUNT | | | | | | | | | |
| PURCHASE UPB | 100.000000 | 192,000.00 | +BASE SRP | | | 1.55000 | 2,976.00 | -INTEREST DUE WFFI | 72.00 | -FLOOD - LOL | 19.00 |
| +PREMIUM | .122000 | 234.24 | +GEOGRAPHIC ADJ | | | .58000 | 1,113.60 | -ESCROW BALANCE | 1,198.54 | -PROCESSING | 125.00 |
| | | | | | | | | | | -TAX SERVICE | 80.00 |
| NET PRICE | 100.122000 | 192,234.24 | +NET SRP | | | 2.13000 | 4,089.60 | -MISC | 1,270.54 | -FEES | 224.00 |
| | | | | | | | | | | =NET FUNDS | 194,829.30 |

REDACTED

## **EXHIBIT 32**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 1/15/08

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9468

| WFFI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE APM MARG | TERM ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 9635 | 8314 | | CORV FIX30 | 7.625 | 360 340,000.00 | 14 | 1/01/08 | 2/01/08 | 2/01/08 | 653-1 |

| | PRICE | PERCENT AMOUNT | | SRP PERCENT AMOUNT | | MISC AMOUNT | | FEE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | +BASE SRP | 1.55000 5,270.00 | +INTEREST DUE SELLER | 1,008.19 | -FLOOD - LOL | 19.00 |
| PURCHASE UPB | 100.000000 | 340,000.00 | +GEOGRAPHIC ADJ | .58000 1,972.00 | -ESCROW BALANCE | 939.29 | -PROCESSING | 125.00 |
| +PREMIUM | 1.750000 | 5,950.00 | | | | | -TAX SERVICE | 80.00 |
| NET PRICE | 101.750000 | 345,950.00 | +NET SRP | 2.13000 7,242.00 | +MISC | 68.90 | -FEES | 224.00 |
| | | | | | | | =NET FUNDS | 353,036.90 |

REDACTED

COMPANY 3133
FUNDS WIRED TO: BANKERS BANK
CITY & STATE: OKLAHOMA CITY          OK
ABA NUMBER: 103003616
CREDIT TO: SPIRIT BANK
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE: W

# **EXHIBIT 33**

LOAN PURCHASE SCHEDULE

PAGE: 3
FUNDING DATE: 6/25/08

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19486
SPRINGFIELD, IL 62794-9483

| WFFI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | MIN NUMBER |
|---|---|---|---|

| | TYPE PROD ARM \ORG | RATE TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PCT DUE | 1ST PMT DUE WFFI |
|---|---|---|---|---|---|---|---|
| | CONV FIX30 | 6.750 360 | 270,000.00 | 6- 7/01/08 | | 6/01/08 | 8/01/08 |

REDACTED

| 5859 0215 PRICE | PERCENT | AMOUNT |
|---|---|---|
| PURCHASE UPB | 100.000000 | 269,533.77 |
| +PREMIUM | .611000 | 1,646.85 |
| NET PRICE | 100.611000 | 271,180.62 |

| 1325 PRICE | PERCENT | AMOUNT |
|---|---|---|
| | | |

| SRP | PERCENT | AMOUNT |
|---|---|---|
| +BASE SRP | 1.60000 | 4,312.54 |
| +GEOGRAPHIC ADJ | .27000 | 727.74 |
| +NET SRP | 1.87000 | 5,040.28 |

| | MISC | AMOUNT |
|---|---|---|
| -INTEREST DUE WFFI | | 303.23 |
| -ESCROW BALANCE | | 1,729.56 |
| | -MISC | 2,032.79 |

| 215-1 | FEE | AMOUNT |
|---|---|---|
| -PROCESSING | | 125.00 |
| -TAX SERVICE | | 70.00 |
| | -FEES | 195.00 |
| | -NET FUNDS | 273,993.11 |

COMPANY  3133   BUSINESS TYPE: W
FUNDS WIRED TO: FEDERAL HOME LOAN BANK
CITY & STATE: DALLAS   TX
ABA NUMBER: 111040195
CREDIT TO: SOUTHWEST SECURITIES FSB
ACCOUNT#:
SPECIAL INSTR:

# **EXHIBIT 34**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 12/10/07

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 S. 14TH ST.
TULSA, OK 74112
ATTN:   MELINDA MORLOW

| WFFI LN NUMBER | COMMIT NUMBER | BORROWER NAME | | TYPE FRCD | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5629 | 3220 | | | CONV FIX30 | 7.000 | 360 | 79,900.00 | 9 | 12/01/07 | 1/01/08 | 3/01/08 | 237-4 |

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | | MISC | AMOUNT | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5227 | | | | | | | | | | | | |
| PURCHASE UPB | 100.000000 | 79,900.00 | +BASE SRP | | 1.55000 | 1,238.45 | +INTEREST DUE SELLER | | | 139.82 | -FLOOD LGL | 19.00 |
| -DISCOUNT | .345000 | 275.66 | +GEOGRAPHIC ADJ | | .37000 | 295.63 | -ESCROW BALANCE | | | 363.30 | -PROCESSING | 125.00 |
| | | | | | | | | | | | -TAX SERVICE | 80.00 |
| NET PRICE | 99.655000 | 79,624.34 | +NET SRP | | 1.92000 | 1,534.08 | | -MISC | | 223.48 | -FEES | 224.00 |
| | | | | | | | | | | | =NET FUNDS | 80,710.94 |

| SCHEDULE: | 1 LOAN(S) | PRICE | $79,624.34 | +NET SRP | $1,534.08 | -MISC | $223.48 | -FEES | $224.00 | =NET FUNDS | $80,710.94 |

COMPANY  3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:     OKLAHOMA CITY   OK
ABA NUMBER:       103003616
CREDIT TO:        SPIRIT BANK
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE: W

REDACTED

# **EXHIBIT 35**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 8/16/07

WELLS FARGO FUNDING, INC.
P. O. BOX 19485
SPRINGFIELD, IL 62794-9485

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: KACIE MCKNIGHT

| WFFI LN NUMBER | COMMIT | BORROWER NAME | | | | | | | | | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SELLERS NUMBER | NUMBER | | | | | | | | | | |
| 0161 | 3508 | KACIE MCKNIGHT | | | | | | | | | 229-3 |
| 3229 | | | | | | | | | | | |

| | TYPE PROD | RATE ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI |
|---|---|---|---|---|---|---|---|---|
| | CONW FIX30 | 6.875 | 360 | 275,405.00 | 15- | 9/01/07 | 10/01/07 | 10/01/07 |

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | MISC | AMOUNT | | FEE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 275,405.00 | | +BASE SRP | 1.56000 | 4,296.32 | | -INTEREST DUE WFFI | 788.92 | | -FLOOD - LGL | 19.00 |
| +PREMIUM | .312000 | 859.26 | | +GEOGRAPHIC ADJ | .16000 | 1,266.86 | | -ESCROW BALANCE | 219.36 | | -PROCESSING | 125.00 |
| | | | | | | | | | | | -TAX SERVICE | 78.00 |
| NET PRICE | 100.312000 | 276,264.26 | | =NET SRP | 2.02000 | 5,563.38 | | -MISC | 1,008.28 | | -FEES | 222.00 |
| | | | | | | | | | | | =NET FUNDS | 280,597.16 |

COMPANY  3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:     OKLAHOMA CITY
ABA NUMBER:       103003616
CREDIT TO:        SPIRIT BANK
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:  W

OK

REDACTED

## **EXHIBIT 36**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

PAGE:        1
FUNDING DATE:  1/10/08

SELLER:  3133  GATEWAY MORTGAGE GROUP, LLC
               6910 E. 14TH ST.
               TULSA, OK 74112
               ATTN:  MELINDA MARLOW

| WFFI LN NUMBER | COMMIT | | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | MIN NUMBER |

REDACTED

| TYPE | RATE | | | | PAID THRU | 1ST LOAN | 1ST PMT |
| PROD | ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | DATE | PMT DUE | DUE WFFI |
| CONV FIX30 | 7.500 | 360 | 130,000.00 | 9 | 1/10/08 | 2/01/08 | 2/01/08 |

| 7811 | | | 7904 | | | | | | 359-5 | |
| 6359 | | | | | | | | | | |
| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | MISC | AMOUNT | | FEES | AMOUNT |
| PURCHASE UPB | 100.000000 | 130,000.00 | +BASE SRP | 1.55000 | 2,015.00 | +INTEREST DUE SELLER | 243.75 | -FLOOD - LGL | 19.00 |
| +PREMIUM | 2.218000 | 2,883.40 | +GEOGRAPHIC ADJ | .67000 | 871.00 | -ESCROW BALANCE | 565.60 | -PROCESSING | 125.00 |
| | | | | | | | | -TAX SERVICE | 70.00 |
| NET PRICE | 102.218000 | 132,883.40 | +NET SRP | 2.22000 | 2,886.00 | -MISC | 321.85 | -FEES | 214.00 |
| | | | | | | | | -NET FUNDS | 135,233.55 |

REDACTED

# **EXHIBIT 37**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 2/19/08

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:  MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19486
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBER | COMMIT | | MIN NUMBER |
| SELLERS NUMBER | NUMBER | BORROWER NAME | |
|---|---|---|---|
| 7974 | | | 564-9 |
| 7564 | 5369 | | |

| TYPE PROD | ARM MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PYT DUE | 1ST PYT DUE WFFI |
|---|---|---|---|---|---|---|---|
| CONV FIX30 | | 7.000 | 360 | 112,500.00 | 12- | 3/01/08 | 3/01/08 | 4/01/08 |

RATE

| | PERCENT | AMOUNT | | PERCENT | AMOUNT | MISC AMOUNT | FEE AMOUNT |
|---|---|---|---|---|---|---|---|
| PRICE | | | SRP | | | | |
| PURCHASE VPB | 109.000000 | 112,407.78 | +BASE SRP | 1.55000 | 1,742.32 | -INTEREST DUE WFFI     262.29 | -FLOOD - LOL     39.00 |
| -DISCOUNT | 1.480000 | 1,663.64 | +GEOGRAPHIC ADJ | .47000 | 528.32 | -ESCROW BALANCE     608.12 | +PROCESSING    125.00 |
| | | | | | | | -TAX SERVICE     70.00 |
| NET PRICE | 98.520000 | 110,744.14 | +NET SRP | 2.02000 | 2,270.64 | -MISC     870.43 | -FEES    214.00 |
| | | | | | | | =NET FUNDS   111,910.37 |

REDACTED

## **EXHIBIT 38**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 4/07/08

SELLER: 3133  GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBER | COMMIT | | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | PROD ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI | MIN NUMBER |
| 7855 | 4302 | MELINDA MARLOW | CONV | 7.500 360 | 99,000.00 | 6 | 4/01/08 | 5/01/08 | 5/01/08 | 095-7 |
| | | | FIX30 | | | | | | | |

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | MISC AMOUNT | | FEE AMOUNT |
| 0095 | | | | | | | | | | |
| PURCHASE WPR | 100.000000 | 99,000.00 | +BASE SRP | 1.55000 | 1,534.50 | +INTEREST DUE SELLER | 123.75 | -FLOOD - LOL | 19.00 |
| +PREMIUM | .340000 | 336.60 | +GEOGRAPHIC ADJ | .67000 | 663.30 | -ESCROW BALANCE | 882.51 | -PROCESSING | 125.00 |
| | | | | | | | | | -TAX SERVICE | 105.00 |
| NET PRICE | 100.340000 | 99,336.60 | +NET SRP | 2.22000 | 2,197.80 | -MISC | 758.76 | -NET FUNDS | -FEES | 249.00 |
| | | | | | | | | | | 100,526.64 |

REDACTED

# **EXHIBIT 39**

LOAN PURCHASE SCHEDULE

PAGE: 1
FUNDING DATE: 12/07/07

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:   MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

| WFFI LN NUMBER | COMMIT | BORROWER NAME | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | MIN NUMBER |
| SELLERS NUMBER | NUMBER | | PROD | ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI | |

7725   1585   737-3
1585

| | | | CONV | 7.500 | 360 | 109,250.00 | 6 | 12/01/07 | 1/01/08 | 1/01/08 |
| | | | FIX30 | | | | | | | |

| PRICE | PERCENT | AMOUNT | | SRP PERCENT | AMOUNT | | MISC AMOUNT | | FEE AMOUNT |

|  |  |  | +BASE SRP | 1.55000 | 3,693.38 | +INTEREST DUE SELLER | 136.56 | -FLOOD - LOL | 19.00 |
| PURCHASE TPB | 100.000000 | 109,250.00 | +DEMOGRAPHIC ADJ | .10000 | 109.25 | -ESCROW BALANCE | 858.52 | -PROCESSING | 125.00 |
| +PREMIUM | 2.750000 | 3,004.38 | | | | | | -TAX SERVICE | 78.00 |

| NET PRICE | 102.750000 | 112,254.38 | +NET SRP | 1.65000 | 1,802.63 | -MISC | 721.96 | -NET FUNDS | 222.00 |
|  |  |  |  |  |  |  |  | +NET FUNDS | 113,113.05 |

REDACTED

COMPANY  3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:   OKLAHOMA CITY
ABA NUMBER:   103003616
CREDIT TO:   SPIRIT BANK
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE: W
OK

## **EXHIBIT 40**

LOAN PURCHASE SCHEDULE

PAGE:        1
FUNDING DATE: 12/24/07

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 34TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

| WFFI LN NUMBER SELLERS NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | ARM MARG | RATE | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MELINDA MARLOW | CONV FIX30 | | 7.250 | 360 | 380,000.00 | 7- | 1/01/08 | 2/01/08 | 2/01/08 | 571-6 |

REDACTED

| 3934 | 8850 | | | | | | |
|---|---|---|---|---|---|---|---|
| 5571 | | | | | | | |

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT |
|---|---|---|---|---|---|---|
| PURCHASE UPB | 100.000000 | 380,000.00 | +BASE SRP | | 1.55000 | 5,890.00 |
| +PREMIUM | 1.499000 | 5,696.20 | +GEOGRAPHIC ADJ | | .58000 | 2,204.00 |

| | MISC | AMOUNT | | FEE | AMOUNT |
|---|---|---|---|---|---|
| -INTEREST DUE WFFI | | 535.69 | -FLOOD - LOL | | 19.00 |
| -ESCROW BALANCE | | 877.92 | -PROCESSING | | 125.00 |
| | | | -TAX REMIT | | 10.00 |
| | | | -TAX SERVICE | | 80.00 |

| NET PRICE | 101.499000 | 385,696.20 | +NET SRP | 2.13000 | 8,094.00 | -MISC | 1,413.61 | -FEES | 234.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | =NET FUNDS | 392,142.59 |

REDACTED

COMPANY  3133      BUSINESS TYPE: W
FUNDS WIRED TO: BANKERS BANK
CITY & STATE:   OKLAHOMA CITY        OK
ABA NUMBER:     103003616
CREDIT TO:      SPIRIT BANK
ACCOUNT#:
SPECIAL INSTR:

## **EXHIBIT 41**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL   62794-9488

PAGE:   2
FUNDING DATE:   2/27/08

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

| WFFI LN NUMBER | COMMIT | | | TYPE | RATE | | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | | PROD | ARM MARG | TERM | ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFFI | MIN NUMBER | |
| 5329 | 9510 | | | CONV | 6.500 | 360 | 130,410.00 | 4- | 3/01/08 | 4/01/08 | 4/01/08 | | |
| 7594 | | | | FIX30 | | | | | | | | 594-6 | |

| PRICE | PERCENT | AMOUNT | | | SRP | PERCENT | AMOUNT | | | MISC AMOUNT | | | FEE | AMOUNT |
| PURCHASE UPB | 100.000000 | 130,410.00 | | +BASE SRP | | 1.55000 | 2,021.36 | | -INTEREST DUE WFFI | | 94.19 | | -FLOOD - LGL | 19.00 |
| +PREMIUM | .693000 | 903.74 | | +GEOGRAPHIC ADJ | | .43000 | 560.76 | | -ESCROW BALANCE | | 524.47 | | -PROCESSING | 125.00 |
| | | | | | | | | | | | | | -TAX SERVICE | 70.00 |
| NET PRICE | 100.693000 | 131,313.74 | | +NET SRP | 1.98000 | | 2,582.12 | | -MISC | | 618.66 | | -FEES | 214.00 |
| | | | | | | | | | | | | | -NET FUNDS | 133,063.20 |

REDACTED

COMPANY  3133
FUNDS WIRED TO:   BANKERS BANK
CITY & STATE:   OKLAHOMA CITY            OK
ABA NUMBER:   103003616
CREDIT TO:   SPIRIT BANK
ACCOUNT#:
SPECIAL INSTR:

BUSINESS TYPE:   W

# **EXHIBIT 42**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19408
SPRINGFIELD, IL 62794-9408

PAGE: 1
FUNDING DATE: 7/15/08

SELLER: 3133  GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MANLGON

| WFFI LN NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM | MARG | TERM | ORIG LOAN AMT | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED 1866 | REDACTED 0979 | REDACTED | CONV FIX30 | 6.625 | | 360 | 325,000.00 | 14 | 7/01/08 | 8/01/08 | 8/01/08 | REDACTED 001-9 |

| SELLERS NUMBER | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED 001 | PRICE | PERCENT | AMOUNT | SRP | PERCENT | AMOUNT | | MISC | AMOUNT | | FEE | AMOUNT |
| | | | | +BASE SRP | 1.60000 | 5,200.00 | +INTEREST DUE SELLER | | 837.33 | -FLOOD - LOL | | 19.00 |
| PURCHASE UPB | 100.000000 | 325,000.00 | | +GEOGRAPHIC ADJ | .16000 | 520.00 | -ESCROW BALANCE | | 2,081.28 | -PROCESSING | | 125.00 |
| -DISCOUNT | 2.687500 | 8,734.38 | | -MANDATORY ADJ | .56250 | 1,828.12 | | | | -TAX SERVICE | | 80.00 |
| +BUYUP | .950600 | 3,089.45 | | | | | | | | | | |
| | | | | +NET SRP | 1.19750 | 3,891.88 | -MISC | | 3,243.95 | -FEES | | 224.00 |
| NET PRICE | 98.263100 | 319,355.07 | | | | | | | | +NET FUNDS | | 321,779.00 |

REDACTED

COMPANY  3133      BUSINESS TYPE:  W
FUNDS WIRED TO:    BANKERS BANK
CITY & STATE:      OKLAHOMA CITY            OK
ABA NUMBER:        REDACTED
CREDIT TO:         SPIRIT BANK AB  REDACTED
ACCOUNT#:          REDACTED
SPECIAL INSTR:

## **EXHIBIT 43**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 12/31/07

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

SELLER:    3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:   MELINDA MARLOW

| WFPI LN NUMBER | COMMIT | | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | PROD ARM MARG | TERM ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFPI | MIN NUMBER |

REDACTED      COMMIT NUMBER    BORROWER NAME: MELINDA MARLOW

REDACTED

| | | | CONV   7.000  360   152,000.00 | | 1/01/08 | 2/01/08 | 2/01/08 | |
| | | | FIX30 | | | | | |

REDACTED 6517     REDACTED226    REDACTED          REDACTED 107-8

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | ESCROW BALANCE | MISC AMOUNT | | FEE | AMOUNT |
| | | | | | | | | | | |
| PURCHASE UPB | 100.000600 | 152,000.00 | +BASE SRP | | 1.55000 | 2,356.00 | | | 634.83 | -FLOOD - LOL | 19.00 |
| +PREMIUM | 2.062000 | 3,134.24 | +GEOGRAPHIC ADJ | | .67000 | 1,018.40 | | | | -PROCESSING | 125.00 |
| | | | | | | | | | | -TAX SERVICE | 105.00 |
| NET PRICE | 102.062000 | 155,134.24 | +NET SRP | | 2.22000 | 3,374.40 | | -MISC | 634.83 | -FEES | 249.00 |
| | | | | | | | | | | =NET FUNDS | 157,624.81 |

REDACTED

COMPANY   3133
FUNDS WIRED TO:   FEDERAL HOME LOAN BANK
CITY & STATE:   DALLAS                 TX
ABA NUMBER:   REDACTED
CREDIT TO:   SOUTHWEST SECURITIES FSB
ACCOUNT#:   REDACTED
SPECIAL INSTR:

# **<u>EXHIBIT 44</u>**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

PAGE:  1
FUNDING DATE:  2/13/08

SELLER:  3133  GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK  74112
ATTN:  MELINDA VARLOW

| WFPI LN NUMBER | COMMIT | | | TYPE | RATE | | | INT | PAID THRU | 1ST LOAN | 1ST PMT | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | | PROD ARM MARG | TERM ORIG LOAN AMT | DAYS | | DATE | PMT DUE | DUE WFPI | MIN NUMBER |

REDACTED

| | | | TYPE | RATE | | INT | PAID THRU | 1ST LOAN | 1ST PMT |
| | | | CONV | 6.750 | 360 | 202,500.00 | 12 | 2/01/08 | 3/01/08 | 3/01/08 |
| | | | FIX30 | | | | | | | |

REDACTED

REDACTED 6537

| REDACTED 7018 | REDACTED 7202 | REDACTED | | | | |
| PRICE | PERCENT | AMOUNT | SRP | PERCENT | AMOUNT | | MISC AMOUNT | | FEE | AMOUNT |

| PURCHASE UPB | 100.000000 | 202,500.00 | +BASE SRP | 1.55000 | 3,138.75 | +INTEREST DUE SELLER | | 455.63 | -FLOOD - LOL | 19.00 |
| +PREMIUM | .190000 | 384.75 | +GEOGRAPHIC ADJ | .27000 | 546.75 | -ESCROW BALANCE | | 1,438.23 | -PROCESSING | 125.00 |
| | | | | | | | | | -TAX SERVICE | 70.00 |

| NET PRICE | 100.190000 | 202,884.75 | +NET SRP | 1.82000 | 3,685.50 | -MISC | | 982.60 | -FEES | 214.00 |

REDACTED 038-4

=NET FUNDS   205,373.65

REDACTED

COMPANY  3133
FUNDS WIRED TO:   FEDERAL HOME LOAN BANK
CITY & STATE:     DALLAS                      TX
ABA NUMBER:       REDACTED
CREDIT TO:        SOUTHWEST SECURITIES FSB
ACCOUNT#:         REDACTED
SPECIAL INSTR:

## **EXHIBIT 45**

LOAN PURCHASE SCHEDULE

PAGE:        2
FUNDING DATE:  11/29/07

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

SELLER:   3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK  74112
ATTN:   MELINDA MARLOW

REDACTED

| WFPI LN NUMBER | COMMIT | | | | | | | | | 1ST PMT | | |
| SELLERS NUMBER | NUMBER | BORROWER NAME | | | | | | | PAID THRU 1ST LOAN | DUE WFFI | MIN NUMBER |

| | | | TYPE | RATE | | | | INT | PAID THRU 1ST LOAN | 1ST PMT | |
| | | | PROD ARM MARG | TERM ORIG LOAN AMT | | | DAYS | DATE | PMT DUE | DUE WFFI | |

CONV   7.750  360    132,905.00   2-  12/01/07  12/01/07  1/01/08

FIX30

REDACTED

REDACTED 8315      REDACTED 8244  REDACTED

REDACT 4916

| PRICE | PERCENT | AMOUNT | | SRP | PERCENT | AMOUNT | | MISC AMOUNT | | MISC AMOUNT |

| PURCHASE UPB | 100.000000 | 132,811.19 | +BASE SRP | 1.55000 | 2,058.57 | -INTEREST DUE WFFI | 57.18 |
| -DISCOUNT | 1.845000 | 2,450.37 | +GEOGRAPHIC ADJ | .27000 | 358.59 | -ESCROW BALANCE | 361.08 |

| NET PRICE | 98.155000 | 130,360.82 | +NET SRP | 1.82000 | 2,417.16 | -MISC | 418.26 |

REDACTED

REDACTED   916-4

| | FEE AMOUNT |
| -FLOOD - LOL | 19.00 |
| -PROCESSING | 125.00 |
| -TAX SERVICE | 70.00 |
| -FEES | 214.00 |

=NET FUNDS    132,145.72

COMPANY    3133
FUNDS WIRED TO:   FEDERAL HOME LOAN BANK
CITY & STATE:     DALLAS                TX
ABA NUMBER:       REDACTED
CREDIT TO:        SOUTHWEST SECURITIES FSB
ACCOUNT#:         REDACTED
SPECIAL INSTR:

BUSINESS TYPE:  W

**EXHIBIT 46**

LOAN PURCHASE SCHEDULE

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL 62794-9488

PAGE: 1
FUNDING DATE: 7/01/08

SELLER:  3133  GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN: MELINDA MARLOW

| WFFI LN NUMBER | COMMIT NUMBER | BORROWER NAME | TYPE PROD | RATE ARM MARG | INT DAYS | PAID THRU DATE | 1ST LOAN PMT DUE | 1ST PMT DUE WFFI | MIN NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| SELLERS NUMBER | | | | | | | | | 811-3 |
| REDACTED4223 | REDACTED6375 | REDACTED | CONV FIX30 | 6.875 | SRP | 7/01/08 | 7/01/08 | 8/01/08 | REDACTED |
| REDACTED2811 | | | | | | | | | |

| | PERCENT | AMOUNT | PERCENT | AMOUNT | | ORIG LOAN AMT | | MISC AMOUNT | | FEE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRICE | | | | | TERM | 365,750.00 | | | | |
| PURCHASE UPB | 100.000000 | 365,442.72 | +BASE SRP | 1.64000 | 360 | 5,993.26 | -ESCROW BALANCE | 2,292.38 | -PROCESSING | 125.00 |
| +PREMIUM | 1.750000 | 6,395.25 | +GEOGRAPHIC ADJ | .16000 | | 584.71 | | | -TAX SERVICE | 80.00 |
| -BUYDOWN | .016250 | 59.38 | -MANDATORY ADJ | .87500 | | 3,197.62 | | | | |
| | | | | | | | | | -FEES | 205.00 |
| NET PRICE | 101.733750 | 371,778.59 | +NET SRP | .92500 | | 3,380.35 | -MISC | 2,292.38 | =NET FUNDS | 372,661.56 |

| | | | +NET SRP | $3,380.35 | -MISC | $2,292.38 | -FEES | $205.00 | =NET FUNDS | $372,661.56 |
|---|---|---|---|---|---|---|---|---|---|---|

SCHEDULE:   1 LOAN(S)   PRICE   $371,778.59

COMPANY   3133
BUSINESS TYPE: W
FUNDS WIRED TO:  BANKERS BANK
CITY & STATE:    OKLAHOMA CITY   OK
ABA NUMBER:      REDACTED
CREDIT TO:       SPIRIT BANK ABA#11037
ACCOUNT#:        REDACTED
SPECIAL INSTR:

**EXHIBIT 47**

LOAN PURCHASE SCHEDULE

PAGE: 2
FUNDING DATE: 12/26/07

SELLER: 3133   GATEWAY MORTGAGE GROUP, LLC
6910 E. 14TH ST.
TULSA, OK 74112
ATTN:   MELINDA MARLOW

WELLS FARGO FUNDING, INC.
P. O. BOX 19488
SPRINGFIELD, IL  62794-9488

| WFPI LN NUMBER | COMMIT | | | | | | |
|---|---|---|---|---|---|---|---|
| SELLERS NUMBER | NUMBER | BORROWER NAME | | | | | |
| 8619 | REDACTED 1469 | REDACTED | | | | | |

| PRICE | | | TYPE | RATE | | INT | PAID THRU | 1ST LOAN | 1ST PMT | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6219 | PERCENT | AMOUNT | PROD ARM MARG | TERM ORIG LOAN AMT | DAYS | DATE | PMT DUE | DUE WFPI | MIN NUMBER | 219-1 |
| | | | CONV    7.500   360 | 308,000.00 | 5- | 1/01/08 | 2/01/08 | 2/01/08 | REDACTED | |
| | | | FIX30 | | | | | | FEE   AMOUNT | |
| | | | SRP   PERCENT   AMOUNT | | | MISC   AMOUNT | | | | |
| PURCHASE UPB | 100.000000 | 308,000.00 | +BASE SRP          1.55000 | 4,774.00 | -INTEREST DUE WFPI | | 320.83 | -FLOOD - LOL | 19.00 |
| -DISCOUNT | 1.251000 | 3,853.08 | +GEOGRAPHIC ADJ   .16000 | 492.80 | -ESCROW BALANCE | | 690.57 | -PROCESSING | 125.00 |
| | | | | | | | | -TAX SERVICE | 80.00 |
| NET PRICE | 98.749000 | 304,146.92 | +NET SRP  1.71000 | 5,266.80 | | -MISC | 1,011.40 | -FEES | 224.00 |
| | | | | | | | | =NET FUNDS | 308,178.32 |

| SCHEDULE: | 1 LOAN(S)   PRICE | $304,146.92 | +NET SRP | $5,266.80 | -MISC | $1,011.40 | -FEES | $224.00 | -NET FUNDS | $308,178.32 |
|---|---|---|---|---|---|---|---|---|---|---|

COMPANY  3133
FUNDS WIRED TO:  FEDERAL HOME LOAN BANK
BUSINESS TYPE:  W
CITY & STATE:  DALLAS                                    TX
ABA NUMBER:  REDACTED
CREDIT TO:  SOUTHWEST SECURITIES FSB
ACCOUNT#:  REDACTED
SPECIAL INSTR:

# **EXHIBIT 48**

Wells Fargo Funding, Inc.
X2803-01E
4800 W Wabash Ave
Springfield, IL  62711

## Client Billing Invoice

**Commitment Fees, Early Payoffs, Truth-in-Lending Discrepancies, Underwriting Fees, Escrow Deficiencies, Non MERS Penalties, File Return Fees,  Final Doc Procurement Fees, File Copy Fees, Buydown Fees, and Tax Penalties**



**August 09,  2013**

REDACTED

Lender  ID:        **12895**

**Gateway Mortgage Group, LLC**

6910 East 14th Street

Tulsa, OK 74112

**Attn: Scott Long**

## Title Curative Bill Backs

*Listed below are Curative Expenses.  These fees are invoiced as a result of a breach of representations and warranties as stated in Section 300.02,23 (Origination, Underwriting, Servicing Compliance),  Section 300.02,27 (Valid First Lien secured by real property), Section 300.02,42 (Acceptable Investment quality), Section 300.02,54 (Additional Fannie Mae and Freddie Mac compliance), and Section 300.02,55 (FHA and VA guidelines)  of the Wells Fargo Funding Seller Guide.  Wells Fargo incurred these expenses and/or losses in order to cure a title defect associated with a loan we purchased from you.*

| WFHM Loan # | Borrower's Name | | Attorney Costs | Taxes | |
|---|---|---|---|---|---|
| Fund Date | Property Address | | Attorney Fees | Misc/Holding Costs | Amount Due |
| Invoice Number | | | Property Preservation | Interest Curtailment | |
| Original Bill Date | | | | | |
| REDACTED**3178** | REDACTED | | $100.00 | $0.00 | |
| **12/24/2007** | | MILTON, FL  32571 | $0.00 | $0.00 | |
| **31079-03042011** | | | $0.00 | $0.00 | |
| **3/4/2011** | | | | | |
| REDACTED**6308** | REDACTED | | $250.00 | $0.00 | |
| **12/4/2007** | | , MAURERTOWN, | $0.00 | $0.00 | |
| **31079-08042011** | VA  22644 | | $0.00 | $0.00 | |
| **8/4/2011** | | | | | |
| REDACTED**6271** | REDACTED | | $150.00 | $0.00 | |
| **3/28/2008** | REDACTED | PORTSMOUTH, VA | $0.00 | $0.00 | $150.00 |
| **31079-11042011** | 23704 | | $0.00 | $0.00 | |
| **11/4/2011** | | | | | |

**Please include a copy of this statement with your payment.  Thank you for doing business with Wells Fargo Funding, Inc.**
***Wells Fargo Confidential***

| | | | | | |
|---|---|---|---|---|---|
| REDACTED **8475** | REDACTED | | $150.00 | $0.00 | |
| 3/10/2008 | | | $0.00 | $0.00 | |
| 31079-01062012 | 1  REDACTED | RICHMOND, VA | $0.00 | $0.00 | **$150.00** |
| 1/6/2012 | | | $0.00 | $0.00 | |
| REDACTED **1198** | REDACTED | | $150.00 | $0.00 | |
| 6/30/2008 | | | $0.00 | $0.00 | |
| 31079-06062012 | REDACTED | MEMPHIS, TN  38109 | $0.00 | $0.00 | **$150.00** |
| 6/6/2012 | | | $0.00 | $0.00 | |
| REDACTED **3469** | REDACTED | | $1,819.08 | $0.00 | |
| 12/5/2007 | | | $0.00 | $0.00 | |
| 31079-09072012 | REDACTED  JONESBORO | , GA  30238 | $0.00 | $0.00 | **$1,819.08** |
| 9/7/2012 | | | $0.00 | $0.00 | |

| | |
|---|---|
| **Total Due for Title Curative Bill Backs:** | **$2,619.08** |

## ***Payment due upon receipt of this invoice***

| Statement of Account Total Due: | **$2,619.08** |
|---|---|

**Please note that this invoice contains multiple Invoice Numbers.  See each billing for the specific invoice number**

| | |
|---|---|
| Outstanding Balance due on Invoice # 31079-01062012: $150.00 | Original Bill Date:  1/6/2012 |
| Outstanding Balance due on Invoice # 31079-03042011: $100.00 | Original Bill Date:  3/4/2011 |
| Outstanding Balance due on Invoice # 31079-06062012: $150.00 | Original Bill Date:  6/6/2012 |
| Outstanding Balance due on Invoice # 31079-08042011: $250.00 | Original Bill Date:  8/4/2011 |
| Outstanding Balance due on Invoice # 31079-09072012: $1,819.08 | Original Bill Date:  9/7/2012 |
| Outstanding Balance due on Invoice # 31079-11042011: $150.00 | Original Bill Date:  11/4/2011 |

### Remit Payment to:

**Wiring Instructions:**
Wells Fargo Bank, NA
ABA No.:  REDACTED
Account Name: WFB N.A. WFHM Lex Condui
Account No.:  REDACTED
Phone Advice: Springfield Financial Processing Department

**Mailing Address:**
Wells Fargo Funding, Inc.
Financial Processing Department  **12895**
4800 W Wabash Ave
Springfield, IL  62711
Attn:      REDACTED