UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wells Fargo Bank, N.A.,

        Plaintiff,

v.

Gateway Mortgage Group, LLC,

        Defendant.

Case No. 13-cv-02172 (SRN/TNL)

**Stipulation of Dismissal**

The parties hereby stipulate that all claims and counterclaims in this case are dismissed with prejudice and on the merits, with each party to bear its own costs and attorneys' fees, and that the Court may enter an order dismissing the action in its entirety without further notice or a hearing.

| | |
|---|---|
| Dated: December 3, 2014 | Dated: December 4, 2014 |
| **FAEGRE BAKER DANIELS LLP** | **GREENE ESPEL PLLP** |
| s/ Charles F. Webber | s/ Erin Sindberg Porter |
| Charles F. Webber (#215247) | Robert J. Gilbertson (#22361X) |
| Hanna L. Terhaar (#395697) | Erin Sindberg Porter (#388345) |
| 2200 Wells Fargo Center | 222 South Ninth Street, Suite 2200 |
| 90 South Seventh Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55402-3901 | Telephone: (612) 373-0830 |
| Telephone: (612) 766-7000 | Fax: (612) 373-0929 |
| Fax: (612) 766-1600 | rgilbertson@greeneespel.com |
| chuck.webber@FaegreBD.com | esindbergporter@greeneespel.com |
| hanna.terhaar@FaegreBD.com | |
| | Attorneys for Defendant |
| Lance Lange (admitted *pro hac vice*) | Gateway Mortgage Group, LLC |
| Iowa Bar Number AT0004562 | |
| 801 Grand Avenue, 33rd Floor | |
| Des Moines, IA 50309-8011 | |
| Telephone: (515) 248-9000 | |
| Fax: (515) 248-9010 | |
| lance.lange@FaegreBD.com | |
| | |
| Attorneys for Plaintiff | |
| Wells Fargo Bank, N.A. | |